# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                  §
                                        §
                                        §
CARUSO, PHILIP E                        §      Case No. 13-23155
CARUSO, ROSEMARIE R                     §
                                        §
                                        §
           Debtor(s)                    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                        CLERK OF THE COURT
                        219 South Dearborn
                        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 05/23/2014 in Courtroom ,
                        Joliet City Hall
                        150 West Jefferson, 2nd Floor
                        Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/17/2014                    By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CARUSO, PHILIP E § Case No. 13-23155
CARUSO, ROSEMARIE R §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 69.80 |
| leaving a balance on hand of[1] | $ | 9,930.20 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 30.20 | $ 0.00 | $ 30.20 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,780.20 |
| Remaining Balance | $ 8,150.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,897.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 6,300.58 | $ 0.00 | $ 1,118.79 |
| 000002 | US BANK N.A. | $ 1,808.50 | $ 0.00 | $ 321.13 |
| 000003 | American InfoSource LP as agent for | $ 7,377.33 | $ 0.00 | $ 1,309.99 |
| 000004 | Capital One Bank (USA), N.A. | $ 10,209.52 | $ 0.00 | $ 1,812.89 |
| 000005 | Capital One, N.A. | $ 1,540.24 | $ 0.00 | $ 273.50 |
| 000007 | eCAST Settlement Corporation, assignee | $ 8,219.45 | $ 0.00 | $ 1,459.52 |
| 000008 | American Express Centurion Bank | $ 9,140.43 | $ 0.00 | $ 1,623.06 |
| 000009 | Capital Recovery V, LLC | $ 1,301.60 | $ 0.00 | $ 231.12 |
| | Total to be paid to timely general unsecured creditors | | | $ 8,150.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid <u>pro</u> <u>rata</u> only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

            Prepared By: <u>/s/Peter N. Metrou</u>
                        Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                 Northern District of Illinois
In re:                                                                   Case No. 13-23155-BWB
Philip E Caruso                                                          Chapter 7
Rosemarie R Caruso
        Debtors
                                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: cmendoza1             Page 1 of 2                   Date Rcvd: Apr 18, 2014
                               Form ID: pdf006             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2014.
db/jdb        +Philip E Caruso,   Rosemarie R Caruso,    2922 Grand Ridge Circle,    Aurora, IL 60503-6487
20565440       American Express,   Box 0001,   Los Angeles, CA 90096-8000
21033191       American Express Centurion Bank,    c o Becket and Lee LLP,    Attorneys/Agent for Creditor,
                POB 3001,   Malvern, PA 19355-0701
20565441      +Best Buy,   Retail Services,   PO Box 5983,   Carol Stream, IL 60197-5983
20565442      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court:   Capital One,    Bankruptcy Department,    P.O. Box 5155,
                Norcross, GA 30091)
20565443      +Capital One,   Bankruptcy Department,    P.O. Box 5155,   Charlotte, NC 28299-5155
20879937       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
21010650       Capital One, N.A.,    c/o Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
                Malvern, PA 19355-0701
20565444       Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
20565448       Home Depot Credit Services,    Processing Center,   Des Moines, IA 50364-0500
20565450       Sears Credit Cards,   PO Box 183082,   Columbus, OH 43218-3082
20565451       Target National Bank,   PO Box 660170,   Dallas, TX 75266-0170
21018239      +U.S. Bank National Association suc,    by merger of US Bank Natl Assoc ND,
                Latimer LeVay Fyock LLC/Sheryl Fyock,    55 West Monroe Street Suite 1100,
                Chicago, IL 60603-5128
20875390      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court:   US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                CINCINNATI, OH 45201-5229)
20565454       University of Illinois Physicians,    Group,   3293 Paysphere Circle,    Chicago, IL 60674-3293
20565452       University of Illinois at Chicago,    3293 Payshere Circle,    Chicago, IL 60674-0001
21026998       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20877520       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 18 2014 23:36:45
                American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                Oklahoma City, OK  73124-8866
21163767       E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2014 23:35:59      Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20565445       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 19 2014 07:27:12      Discover,    PO Box 6103,
                Carol Stream, IL 60197-6103
20831833       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 19 2014 07:27:12      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
20565446      +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2014 23:34:20      GECRB/JCP,    PO Box 9600090,
                Orlando, FL 32896-0001
20565447       E-mail/Text: bankruptcy.bnc@gt-cs.com Apr 18 2014 23:30:00      Green Tree,    P.O. Box 6172,
                Rapid City, SD 57709-6172
20565449      +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 18 2014 23:29:41      Kohl's Collection Department,
                P.O. Box 3084,   Milwaukee, WI 53201-3084
20565453       E-mail/Text: jherndon@uic.edu Apr 18 2014 23:30:20      University of Illinois Medical Cent,
                8332 Innovation Way,   Chicago, IL 60682-0083
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20565455*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court:   US Bank,    4455 Montgomery Rd.,    Naperville, IL 60564)
20565456*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court:   US Bank,    PO Box 790408,   Saint Louis, MO 63179-0408)
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2014                          Signature:  /s/Joseph Speetjens

Certificate of Notice   Page 6 of 6

```
District/off: 0752-1          User: cmendoza1              Page 2 of 2                   Date Rcvd: Apr 18, 2014
                              Form ID: pdf006              Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2014 at the address(es) listed below:
             Patrick A Meszaros    on behalf of Joint Debtor Rosemarie R Caruso patrickmeszaros@yahoo.com
             Patrick A Meszaros    on behalf of Debtor Philip E Caruso patrickmeszaros@yahoo.com
             Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
             Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
              met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
             Peter N Metrou    met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com,
              pmetrou@ecf.epiqsystems.com
                                                                                             TOTAL: 5
```