UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
CARUSO, PHILIP E                        §      Case No. 13-23155
CARUSO, ROSEMARIE R                     §
                                        §
        Debtor(s)                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on              . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Peter N. Metrou, Trustee_____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Green Tree P.O. Box 6172 Rapid City, SD 57709-6172 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Bank 4455 Montgomery Rd. Naperville, IL 60564 | | | | | |
| 000006 | U.S. BANK NATIONAL ASSOCIATION SUC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Box 0001 Los Angeles, CA 90096-8000 | | | | | |
| | Best Buy Retail Services PO Box 5983 Carol Stream, IL 60197 | | | | | |
| | Capital One Bankruptcy Department P.O. Box 5155 Charlotte, NC 28272-1107 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bankruptcy Department P.O. Box 5155 Norcross, GA 30091 | | | | | |
| | Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Discover PO Box 6103 Carol Stream, IL 60197-6103 | | | | | |
| | GECRB/JCP PO Box 9600090 Orlando, FL 32896 | | | | | |
| | Home Depot Credit Services Processing Center Des Moines, IA 50364-0500 | | | | | |
| | Kohl's Collection Department P.O. Box 3084 Milwaukee, WI 53201 | | | | | |
| | Sears Credit Cards PO Box 183082 Columbus, OH 43218-3082 | | | | | |
| | Target National Bank PO Box 660170 Dallas, TX 75266-0170 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Bank PO Box 790408 Saint Louis, MO 63179-0408 | | | | | |
| | University of Illinois Medical Cent 8332 Innovation Way Chicago, IL 60682-0083 | | | | | |
| | University of Illinois Physicians Group 3293 Paysphere Circle Chicago, IL 60674-3293 | | | | | |
| | University of Illinois at Chicago 3293 Payshere Circle Chicago, IL 60674-0001 | | | | | |
| 000008 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | CAPITAL ONE, N.A. | | | | | |
| 000009 | CAPITAL RECOVERY V, LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000002 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-23155 BWB Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | CARUSO, PHILIP E | Date Filed (f) or Converted (c): | 06/03/13 (f) |
| | CARUSO, ROSEMARIE R | 341(a) Meeting Date: | 07/01/13 |
| For Period Ending: | 07/29/14 | Claims Bar Date: | 10/31/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2922 Grand Ridge Circle, Aurora, IL 60503 | 210,000.00 | 0.00 | | 0.00 | FA |
| 2. US Bank Checking Acct | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. US Bank Savings Acct $0 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Stock in Home Depot 9 Shares $76.00 per share as | 684.00 | 0.00 | | 0.00 | FA |
| 5. Stock in Ecolab (Nelco) Wife owns shares through | 240.00 | 0.00 | | 0.00 | FA |
| 6. Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8. 401k Account | 50,000.00 | 0.00 | | 0.00 | FA |
| 9. 401k Account | 60,000.00 | 0.00 | | 0.00 | FA |
| 10. IRA Account | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. 2012 Hyundai Elentra Kelly Blue Book Value $13,09 | 13,000.00 | 0.00 | | 5,772.00 | FA |
| 12. 2008 Chrysler Town & Country Kelly Blue Book Value | 8,000.00 | 0.00 | | 3,552.00 | FA |
| 13. 2000 Ford Windstar | 1,500.00 | 0.00 | | 676.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $349,924.00 | $0.00 | | $10,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Asset Notice filed; Claim Obj; ready for final claims review completed and TFR needs to be prepared

Initial Projected Date of Final Report (TFR): 10/01/14    Current Projected Date of Final Report (TFR): 03/31/14

LFORM1

Ver: 18.00a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-23155 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | CARUSO, PHILIP E | Bank Name: | Associated Bank |
| | CARUSO, ROSEMARIE R | Account Number / CD #: | *******4960  Checking Account |
| Taxpayer ID No: | *******0049 | | |
| For Period Ending: | 07/29/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 9,930.20 | | 9,930.20 |
| 05/29/14 | 005001 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL  60543 | Chapter 7 Expenses | 2200-000 | | 30.20 | 9,900.00 |
| 05/29/14 | 005002 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL  60543 | Chapter 7 Compensation/Fees | 2100-000 | | 1,750.00 | 8,150.00 |
| 05/29/14 | 005003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 17.75694% | 7100-000 | | 1,118.79 | 7,031.21 |
| 05/29/14 | 005004 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Claim 000002, Payment 17.75670% | 7100-000 | | 321.13 | 6,710.08 |
| 05/29/14 | 005005 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000003, Payment 17.75697% | 7100-000 | | 1,309.99 | 5,400.09 |
| 05/29/14 | 005006 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000004, Payment 17.75686% | 7100-000 | | 1,812.89 | 3,587.20 |
| 05/29/14 | 005007 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001 | Claim 000005, Payment 17.75697% | 7100-000 | | 273.50 | 3,313.70 |

Page Subtotals         9,930.20         6,616.50

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-23155 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | CARUSO, PHILIP E | | Bank Name: | Associated Bank |
| | CARUSO, ROSEMARIE R | | Account Number / CD #: | *******4960 Checking Account |
| Taxpayer ID No: | *******0049 | | | |
| For Period Ending: | 07/29/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/29/14 | 005008 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Claim 000007, Payment 17.75691% | 7100-000 | | 1,459.52 | 1,854.18 |
| 05/29/14 | 005009 | American Express Centurion Bank c o Becket and Lee LLP Attorneys/Agent for Creditor POB 3001 Malvern, PA 19355-0701 | Claim 000008, Payment 17.75693% | 7100-000 | | 1,623.06 | 231.12 |
| 05/29/14 | 005010 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 000009, Payment 17.75661% | 7100-000 | | 231.12 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 9,930.20 | 9,930.20 | 0.00 |
| Less: Bank Transfers/CD's | 9,930.20 | 0.00 | |
| Subtotal | 0.00 | 9,930.20 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 9,930.20 | |

Page Subtotals  0.00  3,313.70

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-23155 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | CARUSO, PHILIP E | | Bank Name: | Congressional Bank |
| | CARUSO, ROSEMARIE R | | Account Number / CD #: | *******0284  Checking Account |
| Taxpayer ID No: | *******0049 | | | |
| For Period Ending: | 07/29/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/13 | * NOTE * | Rosemarie and Philip Caruso | LIQ INT IN 3 VEHICLES | 1129-000 | 10,000.00 | | 10,000.00 |
| | | | * NOTE *  Properties 11, 12, 13 | | | | |
| 11/12/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 11/13 | 2600-000 | | 10.27 | 9,989.73 |
| 12/15/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES - 12/13 | 2600-000 | | 10.26 | 9,979.47 |
| 02/06/14 | 001001 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND PREMIUM 016026455 | 2300-000 | | 18.08 | 9,961.39 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 10.60 | 9,950.79 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 10.00 | 9,940.79 |
| 03/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 10.59 | 9,930.20 |
| 03/25/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 9,930.20 | 0.00 |

|  | COLUMN TOTALS | 10,000.00 | 10,000.00 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 0.00 | 9,930.20 | |
|  | Subtotal | 10,000.00 | 69.80 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 10,000.00 | 69.80 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********4960 | 0.00 | 9,930.20 | 0.00 |
| Checking Account - ********0284 | 10,000.00 | 69.80 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 10,000.00 | 10,000.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        10,000.00        10,000.00

Ver: 18.00a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

| Case No: | 13-23155 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | CARUSO, PHILIP E | | Bank Name: | Congressional Bank |
| | CARUSO, ROSEMARIE R | | Account Number / CD #: | *******0284  Checking Account |
| Taxpayer ID No: | *******0049 | | | |
| For Period Ending: | 07/29/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.00a

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 13)*